446 A.2d 695

Fiorini v. Hahn Furniture Co. et al., Appellants.

Submitted September 30, 1981. John S. Sherry, for appellant; Leonard A. DeJulio, for Fiorini, appellee; Robert A. Arcovio, for Centurion Eastern Division of Rosalco, appellee.

Before CAVANAUGH, MONTEMURO and VAN der VOORT, JJ.

Affirmed.